**JETTER & SCHEERER PRODUCTS, Inc., a New York Corporation, and Aktiengesellschaft Fur Feinmechanik Vormals Jetter & Scheerer, a Foreign Corporation, Plaintiffs-Appellees, v. GIBBS & COMPANY, Inc., Defendant-Appellant.**

No. 297.

Circuit Court of Appeals, Second Circuit.

April 24, 1939.

Morris Kirschstein, of New York City, for appellant.

Lesser Brothers, of New York City (John F. Ryan, of New York City, of counsel), for appellees.

Before SWAN, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below, D.C., 25 F.Supp. 697.